NUMBER 13-04-330-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

MICHAEL ALLEN THOMPSON,                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the County Court
of Jackson County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, MICHAEL ALLEN THOMPSON, perfected an appeal from a judgment
entered by the County Court of Jackson County, Texas, in cause number 17296. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 12th day of May, 2005.